

John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorney for Plaintiff,
**DIGITECH IMAGE TECHNOLOGIES, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br>　　v.<br><br>CANON INC.; and<br>CANON U.S.A., INC.<br><br>　　　　Defendants. | CASE NO. **SACV12 - 01670 CJC (MLGx)**<br><br>**ORIGINAL COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NO. 6,128,415**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: October 1, 2012 |

### ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement in which DIGITECH IMAGE TECHNOLOGIES, LLC submits this Original Complaint against Defendant named herein, namely CANON INC.; and CANON U.S.A., INC. (collectively "CANON" or "Defendant"), as follows:

- 1 -

## THE PARTIES

1. DIGITECH IMAGE TECHNOLOGIES, LLC ("DIGITECH" or "Plaintiff") is a California limited liability company with a place of business at 500 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

2. On information and belief, CANON INC. is a foreign company with a place of business at Tokyo, Japan and CANON U.S.A., INC. is a New York corporation with a place of business at Lake Success, NY. Hereinafter, CANON INC. and CANON U.S.A., INC. are collectively referred to as "CANON."

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. On information and belief, Defendant is subject to this Court's specific and/or general personal jurisdiction, pursuant to due process and/or the California Long Arm Statute, due at least to its substantial business in California, including related to the infringements alleged herein. Further, on information and belief, Defendant has, within this forum, engaged in at least the selling of the accused products listed herein. In addition, Defendant induces infringement of the patent-in-suit by sellers and/or infringing users located in this forum. Further, on information and belief, Defendant has interactive websites which are used in and/or accessible in
- 2 -

this forum. Further, on information and belief, Defendant regularly conducts and/or solicits business, engages in other persistent courses of conduct, and/or derives substantial revenue from goods and services provided to persons and/or entities in California.

5. Venue is proper in this district under 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b). Without limitation, on information and belief, Defendant is subject to personal jurisdiction in this district. On information and belief, the Defendant is subject to this Court's specific and/or general personal jurisdiction, pursuant to due process and/or the California Long Arm Statute, due at least to their substantial business in this district, including related to the infringements alleged herein. Further, on information and belief, Defendant is, within this forum, engaged in at least the selling of the accused products listed herein. In addition, Defendant induces infringement of the patent-in-suit by sellers and/or infringing users located in this forum. Further, on information and belief, Defendant has interactive websites which are used in and/or accessible in this forum. Further, on information and belief, Defendant regularly conducts and/or solicits business, engages in other persistent courses of conduct, and/or derives substantial revenue from goods and services provided to persons and/or entities in California.

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 6,128,415

6. United States Patent No. 6,128,415 ("the '415 patent"), entitled "DEVICE PROFILES FOR USE IN A DIGITAL IMAGE PROCESSING SYSTEM," issued on October 3, 2000.

7. DIGITECH is the present assignee of the entire right, title and interest in and to the '415 patent, including all rights to sue for past and present infringement. Accordingly, DIGITECH has standing to bring this lawsuit for infringement of the '415 patent.

8. The various claims of the '415 patent cover, *inter alia*, a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

9. On information and belief, CANON has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and

second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

10. Moreover, on information and belief, CANON has been and now is indirectly infringing by way of intentionally inducing infringement of the '415 patent in this judicial district, and elsewhere in the United States, including by aiding or abetting re-sellers, including but not limited to B&H, BEST BUY, BUY.COM, CDW, MICROCENTER, NEWEGG, OVERSTOCK and TARGET, to sell and/or offer for sale infringing products and/or customers and/or users to use infringing products. Upon information and belief, such induced infringement has occurred at least since this Defendant became aware of the '415 patent, at least through becoming aware of this Complaint.

11. Upon present information and belief, CANON's infringing products comprise at least the following accused products: EOS-1D, EOS-1D Mark II, EOS-1D Mark II N, EOS-1D Mark III, EOS-1D X, EOS-1Ds Mark II, EOS-1Ds Mark III, EOS-1D Mark IV, EOS 5D, EOS 5D Mark II, EOS 5D Mark III, EOS 7D, EOS 60Da, EOS 60D, EOS 10D, EOS 20D, EOS 20Da, EOS 30D, EOS 40D, EOS 50D, EOS D30, EOS D60, EOS Digital Rebel, EOS Rebel T1i, EOS Rebel XS, EOS Rebel XSi, Digital Rebel XT, Digital Rebel XTi, EOS Rebel T3i, EOS Rebel T2i, EOS Rebel T3, PowerShot G1 X, PowerShot G1, PowerShot G2, PowerShot G3, PowerShot G5, PowerShot G6, PowerShot G7, PowerShot G9, PowerShot G10,

PowerShot G11, PowerShot G12, PowerShot S100, PowerShot S1 IS, PowerShot S2 IS, PowerShot S3 IS, PowerShot S5 IS, PowerShot S10, PowerShot S20, PowerShot S30, PowerShot S40, PowerShot S45, PowerShot S50, PowerShot S60, PowerShot S70, PowerShot S80, PowerShot S90, PowerShot S100 Digital ELPH, PowerShot S110, PowerShot S200, PowerShot S230, PowerShot S300, PowerShot S330, PowerShot S400, PowerShot S410, PowerShot S500, PowerShot S95, PowerShot E1, PowerShot 350, PowerShot 600, PowerShot SX1 IS, PowerShot SX10 IS, PowerShot SX20 IS, PowerShot SX30 IS, PowerShot SX40 HS, PowerShot SX100 IS, PowerShot SX110 IS, PowerShot SX120 IS, PowerShot TX1, PowerShot SX260 HS, PowerShot SX230 HS, PowerShot SX210 IS, PowerShot SX200 IS, PowerShot SX150 IS, PowerShot SX130 IS, PowerShot D20, PowerShot D10, PowerShot SD10, PowerShot SD20, PowerShot SD30, PowerShot SD100, PowerShot SD110, PowerShot SD200, PowerShot SD300, PowerShot SD400, PowerShot SD430, PowerShot SD450, PowerShot SD500, PowerShot SD550, PowerShot SD600, PowerShot SD630, PowerShot SD700 IS, PowerShot SD750, PowerShot SD770 IS, PowerShot SD780 IS, PowerShot SD790 IS, PowerShot SD800 IS, PowerShot SD850 IS, PowerShot SD870 IS, PowerShot SD880 IS, PowerShot SD 890 IS, PowerShot SD900, PowerShot SD940 IS, PowerShot SD950 IS, PowerShot SD960 IS, PowerShot SD970 IS, PowerShot SD980 IS, PowerShot SD990 IS, PowerShot SD1000, PowerShot SD1100 IS, PowerShot SD1200 IS, PowerShot SD1300 IS,

PowerShot SD1400 IS, PowerShot SD3500 IS, PowerShot SD4000 IS, PowerShot SD4500 IS, PowerShot ELPH 530 HS, PowerShot ELPH 520 HS, PowerShot ELPH 510 HS, PowerShot ELPH 500 HS, PowerShot ELPH 320 HS, PowerShot ELPH 310 HS, PowerShot ELPH 300 HS, PowerShot ELPH 110 HS, PowerShot ELPH 100 HS, PowerShot A4000 IS, PowerShot A3400 IS, PowerShot A3300 IS, PowerShot A2400 IS, PowerShot A2300, PowerShot A2200, PowerShot A1300, PowerShot A1200, PowerShot A810, PowerShot A800, PowerShot A5, PowerShot A10, PowerShot A20, PowerShot A40, PowerShot A50, PowerShot A60, PowerShot A70, PowerShot A75, PowerShot A80, PowerShot A85, PowerShot A95, PowerShot A100, PowerShot A200, PowerShot A300, PowerShot A310, PowerShot A400, PowerShot A410, PowerShot A420, PowerShot A430, PowerShot A460, PowerShot A470, PowerShot A480, PowerShot A490, PowerShot A495, PowerShot A510, PowerShot A520, PowerShot A530, PowerShot A540, PowerShot A550, PowerShot A560, PowerShot A570 IS, PowerShot A580, PowerShot A590 IS, PowerShot A610, PowerShot A620, PowerShot A630, PowerShot A640, PowerShot A650 IS, PowerShot A700, PowerShot A710 IS, PowerShot A720 IS, PowerShot A1000 IS, PowerShot A1100 IS, PowerShot A2000 IS, PowerShot A2100 IS, PowerShot A3000 IS, PowerShot A3100 IS, PowerShot Pro 1, PowerShot Pro 70, PowerShot Pro 90, Color imageRUNNER C1022, Color imageRUNNER C1022i, Color imageRUNNER C1030, Color imageRUNNER C1030iF, Color imageRUNNER C3080i,

imageRUNNER ADVANCE C2020, imageRUNNER ADVANCE C2030, imageRUNNER ADVANCE C5030, imageRUNNER ADVANCE C5035, imageRUNNER ADVANCE C5045, imageRUNNER ADVANCE C5051, imageRUNNER ADVANCE C7055, imageRUNNER ADVANCE C7065, imageRUNNER ADVANCE C9065 PRO, imageRUNNER ADVANCE C9065S PRO, imageRUNNER ADVANCE C9075 PRO, imageRUNNER ADVANCE C9075S PRO, imageRUNNER 1025, imageRUNNER 1025N, imageRUNNER 1025iF, imageRUNNER 1730, imageRUNNER 1730iF, imageRUNNER 1740, imageRUNNER 1740iF, imageRUNNER 1750, imageRUNNER 1750iF, imageRUNNER 2525, imageRUNNER 2530, imageRUNNER 2535, imageRUNNER 2535i, imageRUNNER 2545, imageRUNNER 2545i, imageRUNNER 3225, imageRUNNER 3230, imageRUNNER 3530, imageRUNNER 3235, imageRUNNER 3235i, imageRUNNER 3245, imageRUNNER 3245i, imageRUNNER 5050N, imageRUNNER ADVANCE 4025, imageRUNNER ADVANCE 4035, imageRUNNER ADVANCE 4045, imageRUNNER ADVANCE 4051, imageRUNNER ADVANCE 6055, imageRUNNER ADVANCE 6065, imageRUNNER ADVANCE 6075, imageRUNNER ADVANCE 8085, imageRUNNER 7095 Printer, imageRUNNER ADVANCE 8095, imageRUNNER ADVANCE 8105, ColorPASS-GX300, ColorPASS-GX200, imagePASS-S2,

imagePASS-H1, imagePASS-J1, imagePASS-C1, imagePASS-A1 and imagePASS-B1.

12. CANON is thus liable for infringement of the '415 patent pursuant to 35 U.S.C. § 271.

13. As a result of Defendant's infringing conduct, Defendant has damaged DIGITECH. Defendant is liable to DIGITECH in an amount that adequately compensates DIGITECH for its infringement, which, by law, can be no less than a reasonable royalty.

14. DIGITECH will take discovery relative to Defendant's pre-suit knowledge of the '415 patent at the appropriate time. Upon information and belief, Defendant's infringement of the '415 patent since receiving notice of the patent, at a minimum by virtue of this lawsuit, would necessarily be willful and objectively reckless at least due to the fact that the Defendant's infringement is clear and there is no known good faith basis to assert invalidity.

**PRAYER FOR RELIEF**

WHEREFORE, DIGITECH respectfully requests that this Court enter:

1. A judgment in favor of DIGITECH that Defendant has infringed, directly and/or indirectly, the '415 patent;

2. A judgment that the Defendant's infringement is and/or has been willful and objectively reckless;

3. A permanent injunction enjoining Defendant, and its officers, directors, employees, agents, affiliates and all others acting in active concert therewith from infringing the '415 patent;

4. A judgment and order requiring Defendant to pay DIGITECH its damages, costs, expenses, and prejudgment and post-judgment interest for Defendant's infringement of the '415 patent as provided under 28 U.S.C. § 284;

5. An award to DIGITECH for enhanced damages as provided under 35 U.S.C. § 284;

6. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to DIGITECH its reasonable attorneys' fees;

7. Any and all other relief to which DIGITECH may show itself to be entitled.

**DEMAND FOR JURY TRIAL**

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

| | |
|---|---|
| Dated: October 1, 2012 | Respectfully submitted,<br><br>COLLINS, EDMONDS,<br>POGORZELSKI, SCHLATHER &<br>TOWER, PLLC<br><br>_/s/ John J. Edmonds_<br><br>John J. Edmonds – LEAD COUNSEL<br>State Bar No. 274200<br><br>Attorney for Plaintiff<br>DIGITECH IMAGE<br>TECHNOLOGIES, LLC |

Name & Address:
JOHN J. EDMONDS (STATE BAR NO. 274200)
COLLINS, EDMONDS, POGORZELSKI,
SCHLATER & TOWER, PLLC
1851 EAST FIRST STREET, SUITE 900
SANTA ANA, CA 92705

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC<br><br>PLAINTIFF(S)<br>v.<br>CANON INC.; and CANON U.S.A., INC.<br><br>DEFENDANT(S). | CASE NUMBER<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _John J. Edmonds_____, whose address is _1851 EAST FIRST STREET, SUITE 900 SANTA ANA, CA 92705_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____1 2012_____         By: _____**LORI WAGERS**_____
                                        Deputy Clerk

                                        (Seal of the Court)


*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (10/11)                                        SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
DIGITECH IMAGE TECHNOLOGIES, LLC

**DEFENDANTS**
CANON INC.; CANON U.S.A., INC.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
JOHN J. EDMONDS, COLLINS EDMONDS POGORZELSKI SCHLATHER & TOWER, PLLC, 1851 EAST FIRST STREET, SUITE 900, SANTA ANA, CA 92705, TELEPHONE: (951) 708-1237

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent Infringement 35 U.S.C. § 271

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☒ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **SACV12 - 01670 CJC (MLGx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed?  ☐ No  ☑ Yes
If yes, list case number(s): **SACV12-01153 ODW(MRWx)**

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case?  ☐ No  ☑ Yes
If yes, list case number(s): **8:12-cv-001153-MLG; SEE ATTACHMENT**

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
   ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
   ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☑ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| PLAINTIFF (ORANGE COUNTY) | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | CANON INC. (JAPAN)<br>CANON U.S.A., INC. (NEW YORK) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date **10-1-2012**

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case?**

1. DIGITECH IMAGE TECHNOLOGIES v. ELECTRONIC FOR IMAGING, ET AL., (Case No. SACV 23-01324-JVS-RNB
2. DIGITECH IMAGE TECHNOLOGIES, LLC v. B&H FOTO & ELECTRONICS CORP. (Civil Action No. TBD)
3. DIGITECH IMAGE TECHNOLOGIES, LLC v. BEST BUY CO., INC.; BEST BUY STORES, LP; BESTBUY.COM, LLC (Civil Action No. TBD)
4. DIGITECH IMAGE TECHNOLOGIES, LLC v. BUY.COM INC. (Civil Action No. TBD)
5. DIGITECH IMAGE TECHNOLOGIES, LLC v. CANON INC.; CANON U.S.A., INC. (Civil Action No. TBD)
6. DIGITECH IMAGE TECHNOLOGIES, LLC v. CASIO COMPUTER CO., LTD.; CASIO AMERICA, INC. (Civil Action No. TBD)
7. DIGITECH IMAGE TECHNOLOGIES, LLC v. CDW LLC (Civil Action No. TBD)
8. DIGITECH IMAGE TECHNOLOGIES, LLC v. FUJIFILM CORPORATION; FUJIFILM HOLDINGS CORPORATION; FUJIFILM HOLDINGS AMERICA CORPORATION (Civil Action No. TBD)
9. DIGITECH IMAGE TECHNOLOGIES, LLC v. GENERAL IMAGING COMPANY (Civil Action No. TBD)
10. DIGITECH IMAGE TECHNOLOGIES, LLC v. VICTOR HASSELBLAD AB; HASSELBLAD USA INC. (Civil Action No. TBD)
11. DIGITECH IMAGE TECHNOLOGIES, LLC v. LEICA CAMERA AG; LEICA CAMERA INC. (Civil Action No. TBD)
12. DIGITECH IMAGE TECHNOLOGIES, LLC v. MAMIYA DIGITAL IMAGING CO., LTD.; LEAF IMAGING LTD. D/B/A MAMIYALEAF; MAMIYA AMERICA CORPORATION (Civil Action No. TBD)
13. DIGITECH IMAGE TECHNOLOGIES, LLC v. MICRO ELECTRONICS, INC. D/B/A MICRO CENTER (Civil Action No. TBD)
14. DIGITECH IMAGE TECHNOLOGIES, LLC v. NEWEGG, INC.; NEWEGG.COM, INC. (Civil Action No. TBD)
15. DIGITECH IMAGE TECHNOLOGIES, LLC v. NIKON CORPORATION; NIKON INC.; NIKON AMERICAS, INC. (Civil Action No. TBD)
16. DIGITECH IMAGE TECHNOLOGIES, LLC v. OLYMPUS CORPORATION; OLYMPUS IMAGING AMERICA INC. (Civil Action No. TBD)

17. DIGITECH IMAGE TECHNOLOGIES, LLC v. OVERSTOCK.COM, INC. (Civil Action No. TBD)
18. DIGITECH IMAGE TECHNOLOGIES, LLC v. PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA (Civil Action No. TBD)
19. DIGITECH IMAGE TECHNOLOGIES, LLC v. PENTAX RICOH IMAGING CO., LTD.; PENTAX RICOH IMAGING AMERICAS CORPORATION; RICOH COMPANY, LTD.; RICOH AMERICAS CORPORATION (Civil Action No. TBD)
20. DIGITECH IMAGE TECHNOLOGIES, LLC v. SAKAR INTERNATIONAL, INC. D/B/A VIVITAR (Civil Action No. TBD)
21. DIGITECH IMAGE TECHNOLOGIES, LLC v. SIGMA CORPORATION; SIGMA CORPORATION OF AMERICA (Civil Action No. TBD)
22. DIGITECH IMAGE TECHNOLOGIES, LLC v. SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS INC. (Civil Action No. TBD)
23. DIGITECH IMAGE TECHNOLOGIES, LLC v. TARGET CORPORATION (Civil Action No. TBD)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

**SACV12- 1670 CJC (MLGx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [ ] Eastern Division |
| --- | --- | --- |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY